IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXANDER PATTERSON, IV;　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　CASE NO. CV416-042
　　　　　　　　　　　　　　　　　　　　　　)
BRENDA EUNICE MINCEY　　　　　　　　)
PATTERSON; ALEXANDER　　　　　　　　)
PATTERSON, III; AQUEELAH　　　　　　)
MINCEY PATTERSON;　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA