# United States District Court
## *Southern District of Georgia*

Alexander Patterson, IV

                                       JUDGMENT IN A CIVIL CASE

       v.                              CASE NUMBER: CV416-42

Brenda Eunice Mincey Patterson et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with this Court's Order dated March 11, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case with prejudice. This action stands closed.

| March 11, 2016 | Scott L. Poff |
|---|---|
| Date | Clerk |
|  | (By) Deputy Clerk |